STATE OF NEW JERSEY v. RICHARD ANDERSON.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD KELLY.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD ZAKARIAN.

June 7, 1988.

Petition for certification denied.

GULF OIL CORPORATION v. ACF INDUSTRIES, INC.

June 7, 1988.

Petition for certification denied.  (See 221 *N.J.Super.* 420)